I am writing to ask what the status on the "Recall mandate" motion that I filed and can I have a complete copy of my docket sheet for this case and the case number is below."

Criminal No; 5:08Cr-20-DCB-LRA

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV - 4 2011
J T NOBLIN, CLERK
BY _____ DEPUTY

Thank you
Charles McCullough #11742-040
P.O. Box 305
Jonesville, VA.
24263



U.S.P. Lee
Charles McCullough # 11742-040
P.O. Box 305
Jonesville, VA.
24263

Office of the Clerk
James Eastland Courthouse
Jackson MS

NOTIFY SENDER OF NEW ADDRESS 11/01/11
US PROBATION OFFICE
501 E COURT ST STE 1-550
JACKSON MS 39201-5022