

U.S.P. Lee
Charles McCullough # 11742-040
P.O. Box 305
Jonesville, VA.
24263

Office of the Clerk
James Eastland Courthouse Bldg.

NOTIFY SENDER OF NEW ADDRESS
:US PROBATION OFFICE
501 E COURT ST STE 1-550
JACKSON MS 39201-5022